IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Neva M | Case Number: 07 B 16293 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/28/07 | Filed: 9/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 15, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 300.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 283.80 |
| Trustee Fee: | | 16.20 |
| Other Funds: | | 0.00 |
| Totals: | 300.00 | 300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,814.00 | 283.80 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 16,000.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 4,000.00 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 3,142.38 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 924.16 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 1,445.45 | 0.00 |
| 8. | Providian Bancorp | Unsecured | 698.24 | 0.00 |
| 9. | Credit Protection Association | Unsecured | | No Claim Filed |
| 10. | Credit Solutions Corporation | Unsecured | | No Claim Filed |
| 11. | Midland Credit Management | Unsecured | | No Claim Filed |
| 12. | Park Dansan | Unsecured | | No Claim Filed |
| 13. | New York & Co | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 29,024.23 | $ 283.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 16.20 |
| | _____ |
| | $ 16.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, Neva M | Case Number:  07 B 16293 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/28/07 | Filed:  9/7/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

